United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCOIS P. GIVENS,<br><br>        Plaintiff(s),<br><br>  vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>        Defendant(s).<br>_____/ | Nos. C 06-2505 MHP<br>      C 07-1448 MHP<br><br>**ORDER DENYING**<br>**MOTION RE**<br>**RELATING CASES** |

On May 3, 2010 plaintiff filed a motion regarding the relating of these cases contending that they should not be related. It is not clear what prompted this filing, for on March 25, 2008 plaintiff filed a motion to relate these cases. Shortly thereafter an appeal was filed in the earlier of the two actions. Upon return of the mandate in this action and the reassignment of the case to this judge, this court issued an order relating the cases; that order was filed on January 14, 2009.

The court treats the instant motion as a motion to reconsider the relation of the two cases and denies the motion. Ordinarily the cases of prisoners or former prisoners making claims whether sounding in habeas, conditions of confinement or civil rights violations are related to one judge. This does not mean that the cases are consolidated and these two cases are not consolidated because they address different issues. Therefore, the cases will remain related, but will not be consolidated except to the extent, if any, that there is overlapping discovery.

IT IS SO ORDERED.

Date: May 4, 2010

                                              MARILYN HALL PATEL
                                              United States District Court Judge